IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JONES,<br><br>     Plaintiff,<br><br>  v.<br><br> NON PROFITS UNITED (NPU) et al.,<br><br>     Defendant.  _____/ | No. C 10-04252 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

*Pro se* Plaintiff Pamela Jones has filed a letter (which the Court construes as a Motion) asking permission to file a Second Amended Complaint. The Motion for Leave to File a Second Amended Complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: November 16, 2010

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4252\Order granting Motion for Leave to File Second Amended Complaint.wpd