PAMELA JONES
1249 Greenway Drive
Richmond, CA 94803
(510)-691-3152
pj2833@aol.com
Plaintiff

DENNIS D. STRAZULO (CSBN 124695)
LISA R. GORMAN (CSBN 222988)
Strazulo Fitzgerald LLP
Three Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 394-9500
Facsimile (415)-394-9501
lgorman@strazlaw.com
Attorneys for Defendant NonProfits' United

RECEIVED
SEP 30 2011
FINANCE DEPARTMENT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAMELA JONES, | Case No. C 10 4252 EDL |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER |
| NONPROFITS' UNITED, et al., | |
| Defendants. | |

Plaintiff Pamela Jones and Defendant NonProfits' United (NPU) through its counsel hereby stipulate to the dismissal of this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have memorialized their agreement in a separate written settlement agreement, and they put the material terms on the record on September 8, 2011 following a settlement conference in the case.

Dated: Sept 8, 2011

PAMELA JONES
Plaintiff

Dated: Sept 8, 2011

LISA GORMAN
Attorney for Defendant NONPROFITS' UNITED

STIPULATION OF DISMISSAL
AND PROPOSED ORDER

1 **ORDER**

2 It is hereby ordered that this matter is dismissed with prejudice pursuant to Federal Rule of
3 Civil Procedure 41(a)(1).

4 IT IS SO ORDERED.

5 Dated: October 11, 2011

ELIZABETH D. LAPORTE
6 United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL
AND PROPOSED ORDER                2